JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES W. SCOVEL, in individual and representative capacity as trustee of the James W. Scovel Trust dated March 11, 2008; BUCHWEISS INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No. CV 19-07102-AB (JPR)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

**IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 12, 2019  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE